### BLACK v. THE STATE.

(Decided February 4th, 1915.)

APPEAL from Limestone Circuit Court.

Heard before Hon. A. H. ALSTON.

No counsel marked for appellant. WILLIAM L. MAR-
TIN, Attorney General, for appellee.

Per curiam. Appeal dismissed.

---

### BRASWELL v. THE STATE.

(Decided December 17th, 1914.)

APPEAL from Lowndes Circuit Court.

Heard before Hon. A. E. GAMBLE.

R. L. GOLDSMITH, for appellant. ROBERT C. BRICK-
ELL, Attorney General, for appellee.

Per curiam. Appeal dismissed by appellant.

---

### DAVIS v. MYRICK LUMBER CO.

(Decided January 14th, 1915.)

APPEAL from Gadsden City Court.

Heard before Hon. JOHN H. DISQUE.

No counsel marked for either party.

Per curiam. Dismissed for want of prosecution.

---

### DEAN v. THE STATE.

(Decided January 12th, 1915.)

APPEAL from Gadsden City Court.

Heard before Hon. JAMES A. BILBRO.

No counsel marked for appellant. ROBERT C. BRICK-
ELL, Attorney General, for the State.

Per curiam. Appeal dismissed.